438 A.2d 645

Commonwealth v. Miller, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

 Submitted April 1, 1981. Norris E. Gelman, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The order of the lower court is affirmed.